```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

KEITH B. BARRETT                  :

    v.                              :      Civil Action No. DKC 2008-1751

CHASE HOME FINANCE LLC            :

## SHOW CAUSE ORDER

Plaintiff filed this complaint against Defendant on July 3, 2008, alleging a series of claims arising from the refinancing of a home mortgage. Defendant filed a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) on August 21, 2008, attaching a number of documents referred to in the complaint. Plaintiff has not filed an opposition. Accordingly, it is this 17th day of September, 2008, by the United States District Court for the District of Maryland, ORDERED that:

    1. Plaintiff show good cause no later than October 1, 2008, why Defendant's motion should not be granted;

    2. Failure to file a response will result in dismissal of the complaint without further notice; and

    3. The clerk will transmit copies of this Show Cause Order to counsel for the parties.

                                                    _____/s/_____
                                                    DEBORAH K. CHASANOW
                                                    United States District Judge