UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

**Keith B. Barrett**

                                       **Plaintiff,**

v.                                         Civil Action: 8:08-cv-01751-DKC

**Chase Home Finance, LLC.**

                                       **Defendant.**

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, Keith B. Barrett, by and through undersigned counsel, files this Notice of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: December 11, 2008

Respectfully submitted,

__/s/ W. Scott Hannon_____
W. Scott Hannon, Esq.
Attorney at Law
Attorney for Plaintiff
MD Federal Bar #28564
Hannon & Associates, LLC
1612 McGuckian St., Ste. 200
Annapolis, MD  21401
Phone (410) 280-3360
Fax: (443) 926-0130

**Certificate of Service**

     I hereby certify that, on this 11th day of December, 2008, a true and correct copy of the foregoing was served upon the defendant via the US District Court of Maryland's Electronic Case Filing (ECF) system.

Matthew P. Previn, Esq.
Kirk D. Jensen, Esq.
Buckley Kolar LLP
1250 24th St., NW, Ste. 700
Washington, DC  20037

/s/ W. Scott Hannon
W. Scott Hannon, Esq.